IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 224-225,<br><br>    Plaintiffs,<br><br> v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>    Defendant. | Case No. 2:21-cv-04920<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge<br>Elizabeth P. Deavers |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs John Does 224-225 and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Plaintiffs' Complaint (Doc. 1). The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

| Attorney for Plaintiffs: | Attorney for Defendant: |
|---|---|
| */s/ Richard W. Schulte*<br>Richard W. Schulte (0066031)<br>Wright & Schulte, LLC<br>865 S. Dixie Dr.<br>Vandalia, OH 45377<br>(937) 435-7500<br>(937) 435-7511<br>rschulte@yourlegalhelp.com<br><br>*Counsel for Plaintiffs* | DAVID A. YOST<br>ATTORNEY GENERAL OF OHIO<br><br>*/s/ Michael H. Carpenter*<br>by */s/ Richard W. Schulte*<br>per email authorization (7/11/2022)<br>Michael H. Carpenter (0015733) (Trial Attorney)<br>Timothy R. Bricker (0061872)<br>David J. Barthel (0079307)<br>Carpenter Lipps & Leland LLP<br>280 Plaza, Suite 1300 |

280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
mailto:barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on July 11, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Richard W. Schulte
Richard W. Schulte (0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs*